IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES OF AMERICA                                                       PLAINTIFF

v.                          CASE NO. 4:09CR00330-02 BSM

LASHUNDRA R. BRYANT-MOSES                                               DEFENDANT

## ORDER

The government's motion to dismiss the Indictment against defendant Lashundra R. Bryant-Moses without prejudice [Doc. No. 62] is granted.

IT IS SO ORDERED this 3rd day of June 2011.

_____
UNITED STATES DISTRICT JUDGE